Priority
Send
Enter
Closed
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDWIN JAY HUTCHISON,<br><br>        Plaintiff,<br><br>  v.<br><br>MARTY HAUSER, et al.,<br><br>        Defendants. | No. CV 06-01101-ABC (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE COMPLAINT |

    Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a _de novo_ determination of the Report and Recommendation.

    **IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation,(2) granting judgment on the pleadings in favor of Defendant Robertson and Defendant Kephart; (3) granting summary judgment in favor of Defendant Hauser;

//
//
//
//

1  (4) denying as moot Plaintiff's "Ex Parte Application for Leave to
2  Serve Additional Interrogatories" filed December 14, 2007; and (5)
3  directing that Judgment be entered dismissing this action.

5  DATED: _April 22, 2008_

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

2