Priority ✓
Send ✓
Enter ✓
Closed
JS-5/(JS-6) ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| EDWIN JAY HUTCHISON, | ) | No. CV 06-01101-ABC (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| MARTY HAUSER, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and the entire action.

DATED: _April 22, 2008_

_Audrey B. Collins_
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE